UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEE CASTLE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. GOMEZ, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-06212-JVS (MAR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

Dated: 9/27/22

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　United States District Judge