UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEE CASTLE,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>R. GOMEZ ET AL,<br><br>　　　　　　Defendant(s). | Case No. 2:21-cv-06212-JVS (MAR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Complaint, the Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

Dated: March 07, 2023

_____
HONORABLE JAMES V. SELNA
United States District Judge